The Farmers National Bank of Prophetstown, appellant, v. George Trautwein, appellee. Gen. No. 7,328.

Action upon promissory note. Judgment for defendant. Appeal from the Circuit Court of Whiteside county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924. Rehearing denied October 7, 1924.

McCalmont & Ramsay, for appellant. John E. Erwin and John A. Riordon, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Raymond F. List, appellee, v. Joseph McKiskie, appellant. Gen. No. 7,334.

Bill to enjoin disposal of pledged stock and for decree of restoration. Decree for complainant. Appeal from the Circuit Court of Boone county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924.

W. C. De Wolf, for appellant. William L. Pierce and Patrick H. O'Donnell, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Ezra Holtzman, appellee, v. Thomas E. Robinson, appellant. Gen. No. 7,331.

Fraud and deceit. Judgment for plaintiff. Appeal from the City Court of Sterling; the Hon. Irving L. Weaver, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924. Rehearing denied October 8, 1924.

Ward, Ward & Ward, for appellant; A. J. Scheineman, of counsel. H. A. Brooks, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

In re estate of Julius Zick, plaintiff in error, v. Louis Baumgartner, defendant in error. Gen. No. 7,337.

Petition for restoration of estate to alleged incompetent. Judgment for defendant. Error to the Circuit Court of McHenry county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924.

V. S. Lumley, for plaintiff in error. Joslyn & Joslyn, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.